IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONY WOLFE, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CASE NO. 3:11-0751 ) JUDGE SHARP/KNOWLES ) ) |
| PAUL ALEXANDER, et al., | ) ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION**

This matter is before the Court upon a "Motion for Joinder," filed by Defendant Tia Moore, the body of which states in full as follows:

> Defendant Tia Moore respectfully moves to join in Dr. Alexander's motion for summary judgment and moves the Court to enter summary judgment in her favor for the reasons set forth in Dr. Alexander's motion and dismiss the case.

Docket No. 63, p. 1.

The undersigned has entered an Order (Docket No. 85) allowing Defendant Moore to join in Dr. Alexander's Motion for Summary Judgment (Docket No. 57). The undersigned, however, has previously submitted a Report and Recommendation recommending that Dr. Alexander's Motion for Summary Judgment be denied. Docket No. 65.

For the same reasons set forth in the prior Report and Recommendation, Defendant's Moore's Motion for Summary Judgment should be DENIED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14)

days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court.  Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections.  Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation.  *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

E. Clifton Knowles
United States Magistrate Judge