UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONY WOLFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-0751 |
| v. ) | |
| ) | Judge Sharp |
| PAUL ALEXANDER, *et al.*, ) | Magistrate Judge Knowles |
| ) | |
| Defendants. ) | |

# ORDER

*Pro se* Plaintiff Tony Wolfe filed a Complaint on August 5, 2011, against numerous defendants, including Monique Parris-Taylor, wherein he sought relief under 42 U.S.C. § 1983 for violations of his constitutional rights purported to have occurred during his confinement at the Tennessee Department of Correction ("TDOC"). At all times relevant to the incidents referred to in the Complaint, Plaintiff was housed at the DeBerry Special Needs Facility. *See* (Docket Entry Nos. 1 and 11, Complaint and Amended Complaint).

Pending before the Court is *Monique Parris-Taylor's Motion for Summary Judgment* (Docket Entry No. 98). Plaintiff has not filed a response in opposition to the motion.

Magistrate Judge Knowles entered a Report and Recommendation ("R & R") (Docket Entry No. 106) in this case on April 12, 2013, concluding "there are no genuine issues of material fact concerning Plaintiff's sole allegation against Defendant Parris-Taylor, and Defendant is entitled to a judgment as a matter of law." (*Id.* at 3).[1] Therefore, recommending

---

[1] None of the other Defendants in this action is a party to the instant motion.

1

that the "Motion for Summary Judgment (Docket Entry No. 98) be GRANTED, and that she be TERMINATED as a party to this action." (*Id.* at 4). No opposition has been filed to the R&R.[2]

Having considered the matter *de novo* in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommended disposition.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 106) is hereby ACCEPTED and APPROVED;

(2) *Monique Parris-Taylor's Motion for Summary Judgment* (Docket Entry No. 98) is hereby GRANTED; and

(3) The claim against Defendant Parris-Taylor is hereby DISMISSED WITH PREJUDICE.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01 for claims relating to the remaining Defendants.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff received the R&R via Certified Mail on April 17, 2013. *See* (Docket Entry No. 108).