IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TONY WOLFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0751 |
| | ) | Judge Sharp |
| PAUL ALEXANDER, et al., | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant, | ) | |

## O R D E R

By Order entered September 9, 2011 (Docket Entry No. 13), this case was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) for consideration of all pretrial matters, including submission of proposed findings of fact and recommendations for disposition of dispositive motions. Now that the Plaintiff is represented by counsel, the previous referral Order (Docket Entry No. 13) is hereby vacated, and the case is referred to the Magistrate Judge for further case management in accordance with Local Rule 16.01.

By previous Order, this matter is set for a non-jury trial to begin on Tuesday, June 10, 2014. The final pretrial conference is hereby scheduled for Monday, May 19, 2014, at 2:00 p.m.

It is so **ORDERED**.

_____
KEVIN H. SHARP
U.S. District Judge